rier. No opinion. Motion denied. See, also, 155 N. Y. Supp. 1109.

GINGOLD v. MISSOURI, K. & T. R. CO. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by David Gingold against the Missouri, Kansas & Texas Railroad Company. No opinion. Application denied, with $10 costs. Order signed.

GINSBERG, Respondent, v. TRIANGLE WAIST CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Isidor Ginsberg against the Triangle Waist Company, impleaded with others. S. P. Anderton, of New York City, for appellant. A. S. Jaffer, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 154 N. Y. Supp. 1123.

GINSBERG, Respondent, v. TRIANGLE WAIST CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Henrietta Ginsberg, an infant, etc., against the Triangle Waist Company, impleaded with others. S. P. Anderton, of New York City, for appellants. A. S. Jaffer, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 154 N. Y. Supp. 1123.

GORMAN, Respondent, v. LEVERING & GARRIGUES CO., Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by Michael Gorman against the Levering & Garrigues Company. L. E. Ginn, of New York City, for appellant. T. J. O'Neill, of Yonkers, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GOTTSHALL, Appellant, v. PENNSYLVANIA R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by William S. Gottshall against the Pennsylvania Railroad Company. No opinion. Motion to dismiss appeal granted, unless appellant serve brief by October 15, 1915, and be ready for argument at any time during the present term within three days after receiving respondent's brief. See, also, 149 App. Div. 937, 134 N. Y. Supp. 1133.

GRACE, Appellant, v. TOWN OF NORTH HEMPSTEAD, Respondent. (Supreme Court, Appellate Division, Second Department. November 1, 1915.) Action by Lillius Grace against the Town of North Hempstead.

PER CURIAM. Considering that this litigation involves the scope and effect of colonial patents of wide local interest, we should facilitate plaintiff's appeal to the Court of Appeals, so as to obtain a final determination of the town's rights. The execution of the judgment by the town's entry into possession, with the possible removal of plaintiff's pier and bulkheads pending the disposal of this appeal, would leave a regrettable injury and deprivation of plaintiff's rights, should the present judgment not be upheld. The order appealed from is therefore reversed, with $10 costs and disbursements, and plaintiff's motion for stay of execution pending the present appeal to the Court of Appeals granted, upon plaintiff executing an undertaking in the sum of $5,000 to pay defendant's damages and costs. See, also, 153 N. Y. Supp. 1117.

GRACO, Respondent, v. BRADLEY CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Appeal from Trial Term, New York County. Action by Sebastiano Graco against the Bradley Contracting Company. From a judgment entered on a verdict, and from an order denying its motion for a new trial, defendant appeals. Judgment and order reversed, and new trial ordered. F. L. C. Keating, of New York City, for appellant. Don R. Almy, of New York City, for respondent.

PER CURIAM. The facts proven on the trial do not sustain the cause of action as alleged in the complaint. The judgment and order appealed from must be reversed, and a new trial ordered, with costs to the appellant to abide event. Order filed.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. In re URBAN AND FOUGERON STS. In re URBAN MILLING CO. et al. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo for the appointment of commissioners, etc. In the matter of the change of grade of Urban and Fougeron Streets. In the matter of lands claimed to be owned by the Urban Milling Company and others. Proceeding No. 101. No opinion. Motion denied. Held, that the costs referred to in the order are clearly those awarded by the Court of Appeals upon appeal taken to that court. See, also, 152 N. Y. Supp. 1114.

GRADY v. HOLLIDAY et al. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of Thomas R. Grady for compensation under the Workmen's Compensation Law (Consol. Laws, c. 67) against Charles T. Holliday, employer, and the Commercial Casualty Insurance Company, insurance carrier.

PER CURIAM. Award reversed, and claim dismissed, on the ground that the claimant, at the time of the accident, was not engaged in a hazardous employment as defined by the statute.

HOWARD, J., dissents.

GRANITE CITY SOAP CO., Inc., v. HARMONY SUPPLY CO. et al. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by the Granite City Soap Company, Incorporated, against the Harmony Supply Company and another. No opinion. Motion for stay granted, on condition that defendants perfect the appeal, place the case on the calendar for Friday, November 19, 1915, and be ready for argument when reached; otherwise, motion denied, with $10 costs. See, also, 155 N. Y. Supp. 1111.